UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:   Maureen Yvette Wright,                                                                    Case no. 09-71738
                                                                                                    Chapter 13
                                                                                                    Hon. Shapero

_____Debtor._____/

**ORDER CONFIRMING PLAN**

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of A. Rita Kostopoulos, Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,000.00** in fees and $___**0**___ in expenses, and that the portion of such claim which has not already been paid, to-wit: **$2,861.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

- The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor becomes entitled during the pendency of this Chapter 13 proceeding. The Internal Revenue Service will be served a copy of this order and shall have 25 days to object to this order.

**Objections Withdrawn**

Approved:

/s/ Tammy L. Terry                                          /s/ A. Rita Kostopoulos
                                                            A. Rita Kostopoulos (P63178)
Chapter 13 Standing Trustee                                 Attorney for Debtors
Tammy L. Terry                                              30800 Van Dyke, Suite 204
535 Griswold                                                Warren, MI 49093
2100 Buhl Building                                          586-574-0916
Detroit, MI 48226                                           lawfirmoffices@yahoo.com
313-967-9857

.

**Signed on January 15, 2010**

                                                            _____/s/ Walter Shapero_____
                                                            **Walter Shapero**
                                                            **United States Bankruptcy Judge**