UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

MAUREEN YVETTE WRIGHT   Chapter 13
   Case No: 09-71738
   JUDGE: SHAPERO

                Debtor,
_____/

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Now comes Debtor, Maureen Wright, by and through her attorneys, Kostopoulos & Associates, PLLC, and for her Response to Trustee's Motion to Dismiss states as follows:

1. Admit.

2. Admit, but further state that Debtor intends to either convert to Chapter 7 or file a plan modification to resolve.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order Denying Trustee's Motion to Dismiss.

Date: May 26, 2011

/s/A. Rita Kostopoulos
A. Rita Kostopoulos (P63178)
Attorney for Debtor
30800 Van Dyke, Suite 204
Warren, MI 49093
586-574-0916
lawfirmoffices@yahoo.com